UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1768

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

PRESIDENTIAL TOWERS CONDOMINIUM; ALFREDA
DEMOSS; TONY MARTELLA; DARRYL R. POLLOCK,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-95-1493-AW)

Submitted: September 9, 2004    Decided: September 14, 2004

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael J. Sindram, Appellant Pro Se. Jeffrey Roger Schmieler,
SAUNDERS & SCHMIELER, Silver Springs, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael J. Sindram appeals the district court's order denying his motion for clarification and modification of order and for related relief. We have reviewed the record and dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED